UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARL ST. PREUX

v.                                                                                            5:11-cv-187-Oc-10TBS

UNITED STATES OF AMERICA
_____

ORDER

Pending before the Court is Defendant's Motion for Compensation of Expert (Doc. 31). On November 29, 2011, the Court held an evidentiary hearing on Defendant's Motion under 28 U.S.C. § 2255. During the hearing, Daniel Dailey, Esquire, was qualified and testified as an expert on behalf of Defendant. Defendant's counsel is CJA appointed and Defendant is unable to pay for Mr. Dailey's services. Pursuant to 18 U.S.C. s. 3006A(e), Defendant requests 2 hours of compensation for Mr. Dailey as an expert at the CJA rate of $125 per hour for a total of $250.

Upon due consideration, Defendant's Motion for Compensation of Expert (Doc. 31) is GRANTED. The Court hereby approves compensation for Daniel Dailey, Esquire as an expert in the total amount of $250.00.

DONE AND ORDERED in Ocala, Florida, on December 23, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
    All Counsel